## IN THE UNITED STATES DISTRICT COURT
## FOR THE SOUTHERN DISTRICT OF ALABAMA
## NORTHERN DIVISION

PAMELA CUNNINGHAM,                    *
                                      *
    Plaintiff,                    *
                                      *
vs.                                   *   CIVIL ACTION NO. 20-00482-B
                                      *
KILOLO KIJAKAZI,                      *
Acting Commissioner of                *
Social Security,                      *
                                      *
    Defendant.                    *


### JUDGMENT

In accordance with the Order entered on this date, it is hereby **ORDERED, ADJUDGED,** and **DECREED** that the decision of the Commissioner of Social Security denying Plaintiff's claim for supplemental security income be **AFFIRMED.**

    **DONE** this **31st** day of **March, 2022.**

                               **/s/ SONJA F. BIVINS**
                          **UNITED STATES MAGISTRATE JUDGE**